UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

                                                        Case No. 12-mc-50975

REGINALD CAMP,                             HON. GEORGE CARAM STEEH

       Defendant,

and

DAIMLER-CHRYSLER,

       Garnishee.

_____/

<u>ORDER REGARDING DEFENDANT'S REQUEST (#5)</u>

On August 2, 2012, defendant filed a request for a hearing about the answer filed by garnishee. In his request, defendant states that he would like to make a payment arrangement. He also indicates a belief that his property cannot be garnished because it is subject to an exemption. On September 6, 2012, the government filed a response opposing defendant's request for a hearing. The government argues that a request for a payment plan is not an issue to be addressed at a hearing. The government also argues that defendant does not have the kind of annuity or pension payments - railroad, armed forces, or payments under Chapter 73 of Title 10 of the United States Code - that can be exempt. The court agrees that an exemption does not appear to apply here, but grants plaintiff's request in part. The court orders the parties to discuss a payment plan within 45 days of the date of this order and to report the results of that conference to this

court by October 31, 2012.  At that time, the court will determine whether a hearing is necessary on the request for an installment payment order.  If defendant believes he is entitled to a hearing regarding the writ involving Merrill-Lynch as garnishee, he may file a request for a hearing after Merrill-Lynch files its disclosure.

IT IS SO ORDERED.

Dated:  September 10, 2012

                               s/George Caram Steeh
                               GEORGE CARAM STEEH
                               UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

On September 10, 2012, copies of this Order were served upon attorneys of record and on Reginald Camp, Reg No. 43866-039, at 11105 E. Jefferson, Detroit, Michigan, 48214, and Reginald Camp, 18998 Edinborough Detroit, MI 48219 and Reginald Camp Reg. No. 43866-039, CCM Detroit, Community Corrections Office, 4026 E. Arkona Road, Milan, MI 48160  by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk